# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

*David E. Patton*
*Executive Director*
*and Attorney-in-Chief*

*Southern District of New York*
*Jennifer L. Brown*
*Attorney-in-Charge*

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/6/20

February 6, 2020

**By ECF**

Honorable Judge Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

MEMO ENDORSED

Re: <u>United States v. Tiquan Reese and Malik Jennings</u>, 19 Cr. 904 (RA)

Dear Judge Abrams:

With the consent of the Government and James DeVita, counsel for Malik Jennings, I write to respectfully request a 60-day adjournment of the status conference presently scheduled for February 11, 2020 in the above-mentioned case. This is the first request by any party to adjourn a conference in this case.

On January 30, 2020, the Government made its first discovery production in the case available for pickup. That production is substantial. An adjournment would allow the defense time to review discovery and enable the parties to consider a pre-trial resolution. To that end, we request that the time between February 11, 2020 and the next court date be excluded under the Speedy Trial Act, pursuant to Title 18, United States Code, section 3161(h)(7)(A). Excluding time will serve the ends of justice and outweigh the best interests of the public and the defendants in a speedy trial because it will allow the defense to prepare and allow the government and defense counsel to undertake discussions regarding a possible disposition in the matter.

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner
Assistant Federal Defender
Counsel for Tiquan Reese

CC: AUSA Danielle Kudla
James DeVita, Counsel for Malik Jennings

---

Application granted. The conference is adjourned to April 10, 2020 at 12:30 p.m. Time is excluded to April 10, 2020, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).

SO ORDERED.

Ronnie Abrams, U.S.D.J.
February 6, 2020