**LAW OFFICES OF JAMES R. DEVITA, PLLC**
81 MAIN STREET, SUITE 504
WHITE PLAINS, NEW YORK 10601-1719
(914) 328-5000
FAX (914) 946-5906
E-Mail:   jdevita@jamesrdevitalaw.com

NEW YORK CITY OFFICE:
217 BROADWAY, SUITE 707
NEW YORK, NY 10007
(212) 619-3730

March 30, 2020

**Via ECF**
Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Tiquan Reese and Malik Jennings*, 19 Cr. 904(RA)

Dear Judge Abrams:

I represent defendant Malik Jennings in the above referenced action.  I am writing to request that the pretrial conference scheduled for April 19, 2020 be adjourned for an additional three months, in light of the current travel restrictions and limitations on court proceedings in place because of the coronavirus pandemic.  I have consulted with Assistant United States Attorney Kudla and Ariel Warner, Esq., counsel to Mr. Reese, and they both consent to this request.  In addition, all parties consent to an interests of justice exclusion of time under the Speedy Trial Act through the next date set by the Court for the pretrial conference.

Respectfully submitted,

James R. DeVita

cc:   Danielle M. Kudla, Esq.
      Assistant United States Attorney (Via ECF)

      Ariel Charlotte Werner, Esq. (Via ECF)