```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
UNITED STATES OF AMERICA             :
                                     :        (PROPOSED)
            - v. -                   :        AMENDED ORDER
                                     :
TIQUAN REESE,                        :
    a/k/a "AlphaCVV,"                :        19 Cr.
                                     :        904(RA-1)
                                     :
            Defendant.               :
------------------------------------ X
```

WHEREAS, the United States of America seeks to provide in unredacted form certain documents pursuant to Rule 16 of the Federal Rules of Criminal Procedure; and

WHEREAS, some material that the Government seeks to provide contains sensitive information, including identification information, related to specific individuals; and

WHEREAS, the Government is willing, under the conditions set forth below, to produce such materials;

IT IS HEREBY agreed, by and between the United States of America, Geoffrey S. Berman, United States Attorney, by Danielle M. Kudla, Assistant United States Attorney, and defendant Tiquan Reese, a/k/a "AlphaCVV," by and through his attorney, Ariel Werner, that:

1. Any material reflecting sensitive identification information (including, but not limited to,

names, addresses, dates of birth, Social Security numbers, driver's license information, and telephone numbers) produced by the Government in this action is deemed "Confidential Information" and shall be so identified by the Government.

      2.    Confidential Information disclosed to the defendant or to his counsel during the course of proceedings in this action:

      (a)    Shall be used by the defendant and his counsel only for purposes of the defense of this action;

      (b)    Shall be maintained in a safe and secure manner by the defendant and his counsel; and shall not be disclosed in any form by the defendant; and shall not be disclosed in any form by defense counsel except as set forth in paragraph 2(c) below;

      (c)    May be disclosed by defense counsel only to the following persons (hereinafter "Designated Persons"):

      (i)    investigative, secretarial, clerical, and paralegal student personnel, or any interpreter or translator, employed full-time or part-time by the defendants' counsel;

      (ii)    independent expert witnesses, investigators, or advisors retained by the defendants' counsel in connection with this action;

      (iii)    such other persons as hereafter may be authorized by the Court upon motion by the defendants; and

(d) Shall either be returned to the Government following the conclusion of the trial of the above-referenced action or upon the defendant's sentencing or upon the conclusion of any appeals, or maintained by defendant's counsel as required by counsel's duties and responsibilities as counsel, as the case may be, provided that the defendant and his counsel maintain the Confidential Information in accordance with Paragraph 2(b).

3. Defense counsel shall provide a copy of this Order to Designated Persons to whom she discloses Confidential Information pursuant to paragraph 2(c). Prior to disclosure of Confidential Information to Designated Persons, pursuant to paragraph 2(c), any such Designated Person shall agree to be subject to the terms of this Order by signing a copy hereof and providing such copy to the Government and the defendant's counsel.

4. The provisions of this Order shall not be construed as preventing the disclosure of any information in any motion, hearing, trial, or sentencing proceeding held in connection with the above-referenced action or to any District Judge or Magistrate Judge of this Court for purposes of the above-referenced action.

5. With respect to Confidential Information, any filings with any court shall be governed by Rule 49.1 of the Federal Rules of Criminal Procedure.

6. The provisions of this order shall not terminate at

the conclusion of this criminal prosecution and the Court will retain jurisdiction to enforce this Order following termination of the case.

Dated:   New York, New York
         June 3, 2020

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: _____
    Danielle M. Kudla
    Assistant United States Attorney

_____
Ariel Werner
Attorney for Tiquan Reese

SO ORDERED:

_____
THE HONORABLE RONNIE ABRAMS
UNITED STATES DISTICT
JUDGE SOUTHERN DISTRICT OF
NEW YORK