# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District
Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

July 1, 2020

**By ECF**

Honorable Judge Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   United States v. Tiquan Reese, 19 Cr. 904 (RA)

Dear Judge Abrams:

With the consent of the Government, I write to respectfully request a two-month adjournment of the status conference presently scheduled for July 10, 2020 in the above-mentioned case. Additional time would enable the defense to continue to review discovery and would allow the parties to continue their efforts to reach a possible disposition in the matter. To that end, we consent to the exclusion of time between July 10, 2020 and the next court date under the Speedy Trial Act, pursuant to Title 18, United States Code, section 3161(h)(7)(A).

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner
Assistant Federal Defender
Counsel for Tiquan Reese

CC:   AUSA Danielle Kudla

---

Application granted. The conference is adjourned to September 11, 2020 at 10:30 a.m. Time is excluded until September 11, 2020, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).

SO ORDERED.

Ronnie Abrams, U.S.D.J.
July 1, 2020