**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

December 21, 2021

**By ECF**

Honorable Judge Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

/s/ Ronnie Abrams

Ronnie Abrams, U.S.D.J.
December 21, 2021

Re:   United States v. Tiquan Reese, 19 Cr. 904 (RA)

Dear Judge Abrams:

     I represent Ti'Quan Reese in the above-captioned case. On March 5, 2021, Mr. Reese came before this Court for sentencing and was sentenced to two years of probation. I write now to request that the Court order the Pretrial Services department to release Mr. Reese's passport to him. I have been advised by the department that they cannot release the passport without a court order. Thank you for your consideration of this request.

     Respectfully submitted,

     /s/ Ariel Werner
     Ariel Werner
     Assistant Federal Defender
     Counsel for Tiquan Reese
     212-417-8770

CC:   AUSA Danielle Kudla (by ECF)
       Pretrial Services (by email)